WENDY MEDURA KRINCEK, ESQ., Bar # 6417
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS HOSPITAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA SENGA, an individual, and SHAWNIE CALE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM LLC, a Delaware Limited Liability Company d/b/a DESERT SPRINGS HOSPITAL, ALEJANDRO OCASIO, an individual, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02250-MMD-CWH<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiffs KARLA SENGA and SHAWNIE CALE ("Plaintiffs") and Defendant VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS HOSPITAL ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 19, 2018 up to and including **January 9, 2019**.

As Defense counsel was recently retained in this case, this extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 12, 2018

Respectfully submitted,

*/s/ Ryan Alexander, Esq.*
RYAN ALEXANDER, ESQ.
RYAN ALEXANDER, CHTD.

Attorney for Plaintiffs
KARLA SENGA and SHAWNIE CALE

Dated: December 12, 2018

Respectfully submitted,

*/s/ Diana G. Dickinson, Esq.*
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a
DESERT SPRINGS HOSPITAL

**ORDER**

**IT IS SO ORDERED.**

Dated: December 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:161056224.1 069080.1000

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800