BRUCE C. YOUNG, ESQ.
NV Bar No. 5560
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Email: Bruce.Young@lewisbrisbois.com
*Attorneys for Defendant Alejandro Ocasio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARLA SENGA, an individual, and SHAWNIE CALE, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY HEALTH SYSTEM LLC, a Delaware Limited Liability Company d/b/a DESERT SPRINGS HOSPITAL, ALEJANDRO OCASIO, an Individual, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-02250-MMD-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ALEJANDRO OCASIO TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Karla Senga and Shawnie Cale ("Plaintiffs") and Defendant Alejandro Ocasio ("Defendant"), by and through their respective counsel, hereby stipulate to extend the time for Defendant to file an Answer or otherwise respond to the Complaint in this matter.

Plaintiff's Complaint (ECF No. 1) was filed with this Court on November 23, 2018. Defendant was served with a copy of the Summons and Complaint on November 30, 2018. Thus, the current deadline for Defendant to Answer or otherwise respond to the Complaint is December 21, 2018. Counsel for Defendant needs additional time to investigate the facts alleged in the Complaint and assess the potential legal arguments in order to properly respond on behalf of Defendant Ocasio.

4828-5710-9378.1

In order to provide counsel for Defendant sufficient time to appropriately assess the allegations in the Complaint, counsel for Plaintiffs and Defendant have agreed to extend the deadline for Defendant to Answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1) up to and including **January 9, 2019**. This is the first request by the parties for an extension of time for Defendant to Answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1). The parties represent that the time to Answer has not yet expired and this request for extension is not for an improper purpose or to unnecessarily delay this litigation.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter an Order granting this Stipulation Extending Time for Defendant Alejandro Ocasio to File an Answer or Otherwise Respond to Plaintiffs' Complaint and extending the deadline for Defendant to file its responsive pleading to Plaintiffs' Complaint up to and including **January 9, 2019**.

DATED this 17th day of December, 2018.

| RYAN ALEXANDER, CHTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Ryan Alexander | /s/ Bruce C. Young |
| Ryan Alexander, Esq. | Bruce C. Young, Esq. |
| *Attorneys for Plaintiffs Karla Senga and Shawnie Cale* | *Attorneys for Defendant Alejandro Ocasio* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 18, 2018