WENDY MEDURA KRINCEK, ESQ., Bar # 6417
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS HOSPITAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA SENGA, an individual, and SHAWNIE CALE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM LLC, a Delaware Limited Liability Company d/b/a DESERT SPRINGS HOSPITAL, ALEJANDRO OCASIO, an individual, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02250-MMD-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[FIRST REQUEST]** |

Plaintiffs KARLA SENGA and SHAWNIE CALE ("Plaintiffs"), Defendant VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS HOSPITAL ("Defendant Valley Health System"), and Defendant ALEJANDRO OCASIO ("Defendant Ocasio"), by and through their respective counsel of record, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation (ENE) Session presently scheduled for February 11, 2019, at 10:00 a.m., before Honorable Cam Ferenbach (ECF No. 10). The parties would request to reschedule the ENE Session to a date convenient for the Court and mutually agreeable between the parties because lead counsel for Defendant Valley Health System has a scheduling conflict due to a trial scheduled to begin the same day in federal court.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties are available and propose the following dates for the Court's consideration to reschedule the ENE session:

- February 28, 2019
- March 5, 2019
- March 6, 2019

The parties further request that the confidential written evaluation statement be due one week prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of undue delay.

Dated: December 21, 2018

Respectfully submitted,

/s/ Ryan Alexander
RYAN ALEXANDER, ESQ.
RYAN ALEXANDER, CHTD.

Attorney for Plaintiffs
KARLA SENGA and SHAWNIE CALE

Dated: December 21, 2018

Respectfully submitted,

/s/ Wendy Medura Krincek
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a
DESERT SPRINGS HOSPITAL

Dated: December 21, 2018

Respectfully submitted,

/s/ Bruce C. Young
BRUCE C. YOUNG, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorney for Defendant
ALEJANDRO OCASIO

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**ORDER**

IT IS SO ORDERED that the ENE Session shall be held on February 28, 2019, at the hour of 10:00 AM. In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review one week prior to the date of the continued ENE Session, pursuant to parameters stated within the ENE Order (ECF No. 10). All else as stated in the Order scheduling the ENE (ECF No. 10) remains the same.

Dated this 2nd day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

The Early Neutral Evaluation session scheduled for February 11, 2019, is VACATED.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800