| | |
|---|---|
| 1 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| 2 | DIANA G. DICKINSON, ESQ., Bar # 13477<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV 89169-5937<br>Telephone: 702.862.8800 |
| 5 | Fax No.: 702.862.8811<br>Email: wkrincek@littler.com |
| 6 | Email: ddickinson@littler.com |
| 7 | Attorneys for Defendant<br>VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS |
| 8 | HOSPITAL |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA SENGA, an individual, and SHAWNIE CALE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM LLC, a Delaware Limited Liability Company d/b/a DESERT SPRINGS HOSPITAL, ALEJANDRO OCASIO, an individual, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02250-MMD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs, KARLA SENGA and SHAWNIE CALE and Defendants, VALLEY HEALTH SYSTEM LLC d/b/a DESERT SPRINGS HOSPITAL and ALEJANDRO OCASIO, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: April 10, 2019

Respectfully submitted,

*/s/ Ryan Alexander, Esq.*
RYAN ALEXANDER, ESQ.
RYAN ALEXANDER, CHTD.

Attorney for Plaintiffs
KARLA SENGA and SHAWNIE CALE

Dated: April 10, 2019

Respectfully submitted,

*/s/ Bruce C. Young, Esq.*
BRUCE C. YOUNG, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorney for Defendant
ALEJANDRO OCASIO

Dated: April 10, 2019

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a
DESERT SPRINGS HOSPITAL

**IT IS SO ORDERED**

Dated this __11th__ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:163206347.1 069080.1135

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.